AO 245D (Rev. 09/19)   Judgment in a Criminal Case Personal Identification Attachment                     Not for Public Disclosure

DEFENDANT:   CALVIN TYRONE BAILEY, JR.

CASE NUMBER:   4:10-CR-00013-BSM-4

DISTRICT:   Eastern District of Arkansas

# Judgment in a Criminal Case Personal Identification Attachment
### (Not for Public Disclosure)

The following unredacted personal identifiers are included with the judgment transmitted to the Attorney General per 18 U.S.C. § 3612(b). A copy of this attachment shall also be provided to the attorney for the defendant, the Probation and Pretrial Services Office, and the U.S. Sentencing Commission.

Pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, however, the personal data in this attachment are not for public disclosure and must not be filed with the Clerk of the Court unless redacted or under seal, as provided in the rule.

Defendant's Soc. Sec. No.:        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

Defendant's Date of Birth:        10/31/1983

Defendant's Residential Address :   1714 Daugherty
                                    Newport, AR  72112

Defendant's Mailing Address:
*(if different)*